243 So.2d 818

**NEW ORLEANS FIREFIGHTERS ASSOCIATION LOCAL 632, Joseph A. Sanchez and Robert Treadaway**

v.

**CITY OF NEW ORLEANS et al.**

No. 51185

Feb. 17, 1971.

BARHAM, J., does not join in the majority view. Relator has filed identical applications in the Court of Appeal and here to be sure he has sought the proper remedy. Additionally the matter at issue is a question of contempt wherein time is of the essence. We here require duplicity where we could act legally under the Constitution and we could do justice.